STATE OF NORTH CAROLINA v. LESTER ALLEN CROUCH

No. 7925SC172

(Filed 5 June 1979)

**Criminal Law § 155.1— record on appeal—time for filing—appeal dismissed**

For failure of defendant to file the record on appeal within ten days after the certification by the Clerk of Superior Court, defendant's appeal is dismissed.

APPEAL by defendant from *Browning, Judge.* Judgment entered 4 October 1978 in Superior Court, CATAWBA County. Heard in the Court of Appeals 22 May 1979.

*Attorney General Edmisten, by Assistant Attorney General William B. Ray and Deputy Attorney General William W. Melvin, for the State.*

*Ingle and Joyner, by John D. Ingle, for defendant.*

MARTIN (Harry C.), Judge.

Defendant was convicted of operating an automobile while under the influence of intoxicating liquors, and sentence was imposed. Defendant appealed. The record on appeal was certified by the Clerk of Superior Court on 27 December 1978, however, appellant did not file the record on appeal in the Court of Appeals until 26 February 1979.

It is required that appellant file the record on appeal within ten days after the certification by the Clerk of Superior Court. Rule 12(a), North Carolina Rules of Appellate Procedure. Failure to so do subjects the appeal to dismissal. The Rules of Appellate Procedure are mandatory. *State v. Lesley,* 33 N.C. App. 237, 234 S.E. 2d 476 (1977); *Ledwell v. County of Randolph,* 31 N.C. App. 522, 229 S.E. 2d 836 (1976).

For defendant's failure to comply with the Rules of Appellate Procedure, the appeal is

Dismissed.

Judges PARKER and MITCHELL concur.